```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ISAAC MIKE ABERGEL,
                                                                          JUDGMENT
              Plaintiff,                                                  19-CV-4260 (PKC) (PK)

       v.

MIAMONIDES HOSPITAL,

              Defendant.
----------------------------------------------------------------X
```

A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on August 13, 2019, dismissing Plaintiff's claims for failure to state a claim on which relief may be granted, 28 U.S.C. § 1915(e)(2)(B); certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of any appeal, *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962); it is

ORDERED and ADJUDGED that Plaintiff's claims are dismissed for failure to state a claim on which relief may be granted, 28 U.S.C. § 1915(e)(2)(B); that pursuant to 28 U.S.C. § 1915(a)(3), any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of any appeal, *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

Dated: Brooklyn, New York                                  Douglas C. Palmer
      August 14, 2019                                             Clerk of Court

                                                            By:    */s/Jalitza Poveda*
                                                                             Deputy Clerk